IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NHAN TRAN, Individually and on Behalf of Employees Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-08-3650 |
| TRAN THAI, doing business as Nails of America, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

On November 11, 2009, this court ordered the parties to conduct targeted discovery and file five-page supplemental briefs on the issue of whether the plaintiff was an employee or an independent contractor of the defendants. (Docket Entry No. 37). The file reflects no activity since that date. By **February 12, 2010**, the parties are ordered to file a status report updating the court on the status of the pending motions. The report should include a description of any agreement the parties have reached, the relevant discovery conducted, and any additional materials for the court to consider.

SIGNED on February 8, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge