IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| NHAN TRAN, Individually and on behalf of other employees similarly situated<br><br>Plaintiff<br><br>v.<br><br>HOA T. HOANG, individually, and d/b/a/ NAILS OF AMERCIA #3, BOW & MARY - NAILS OF AMERICA #5 L.L.C., and BOW DI GROVE individually<br><br>Defendants | § § § § § § § § § § § § § § § § | Civil Action No. 4:08-cv-03650 |

### DEFENDANTS BOW & MARY - NAILS OF AMERICA #5'S AND BO DI GROVE'S RULE 68 OFFER OF JUDGMENT

Bow & Mary -Nails of America -#5, LLC and Bo Di Grove individually ("Defendants") by its attorneys and pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby offers to allow judgment to be taken against it and in favor of Plaintiff Nhan Tran ("Plaintiff") in this action, for the lump sum amount of FIVE HUNDRED AND NO/100 DOLLARS ($500.00), less statutorily-required deductions (if any), and inclusive of attorneys' fees costs now accrued.

This offer is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed as an admission of any of the allegations contained in the Complaint, that Defendant is in any manner liable in this action, or that Plaintiff has suffered any damages.

Pursuant to Rule 68, this offer must be accepted in writing, if at all, within ten (10) business days after service of the offer of judgment. If the offer is accepted, the litigation will terminate upon the Clerk's entry of judgment. If this offer is not accepted within that period of time, it shall be

deemed withdrawn. Failure to accept this offer may result in Plaintiff paying his own costs and any attorneys' fees incurred after the making of the offer if her ultimate recovery is less than the amount offered. In addition, Plaintiff may also be liable for Defendant's post-offer costs, as defined by the applicable statutes and laws, which may include attorneys' fees as recoverable costs, if her recovery does not exceed this offer. Evidence of this offer shall not be admissible except in a proceeding to determine costs.

Respectfully submitted,

By: /s/ Nathan N. Beedle
NATHAN N. BEEDLE
SBN: 24031731
SDBN: 608350
21 Waterway, Suite 300
The Woodlands, Texas 77380
E-mail nathanbeedle@yahoo.com
Tel. 281-948-6644
Fax 281-292-2223

ATTORNEY IN CHARGE FOR
BOW & MARY - NAILS OF AMERICA #5 AND
BO DI GROVE

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the foregoing was served this date on all counsel in accordance with the Federal Rules of Civil Procedure on the 11th day of January, 2011, as follows:

/s/ Nathan N. Beedle
Nathan N. Beedle

Trang Q. Tran
Andrew H. Iwata
3050 Post Oak Blvd. Suite 1720
Houston, Texas 77056
(713) 623-6399 (fax)