**From:** Trang Q. Tran (TTran@tranlawllp.com)
**To:** nathanbeedle@yahoo.com;
**Date:** Wed, January 12, 2011 12:16:44 PM
**Cc:** ahi@tranlawllp.com;
**Subject:** Tran v NAILS OF AMERICA

Nathan:
My client has rejected Defendants' settlement offer of $500. We make the following counter offer:
- $49,459.64 or
- $9,459.64 in overtime pay and an unopposed submission of our fees and cost to the court for determination of award.

Let me know by 10 a.m. January 13, 2011 if your client accepts either proposal.

Trang Q. Tran
Tran Law Firm L.L.P.
3050 Post Oak Blvd. Suite 1720
Houston, Texas 77056
T (713) 223-8855
F (713) 623-6399
Email: TTRAN@tranlawllp.com

Confidentiality Notice This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.