IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| NHAN TRAN, Individually and on behalf of other employees similarly situated | § § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 4:08-cv-03650 |
| HOA T. HOANG, individually, and d/b/a/ NAILS OF AMERCIA #3, BOW & MARY - NAILS OF AMERICA #5 L.L.C., and BOW DI GROVE individually | § § § § § § § | |
| Defendants | § § | |

STATE OF TEXAS            §
MONTGOMERY COUNTY            §

## AFFIDAVIT OF NATHAN N. BEEDLE

Before me, the undersigned notary, on this day personally appeared Nathan N. Beedle, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. "My name is Nathan N. Beedle. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an attorney licensed to practice in the State of Texas and in the Southern District of Texas.

3. Bow & Mary -Nails of America -#5, LLC and Bow Di Grove individually retained me to represent them in the above styled Fair Labor Standards Act case filed by Nhan Tran against them. I have personal knowledge of this case and the work performed.

4. The following describes my experience and expertise in this area of law. I have been a licensed attorney since 2001. My practice focuses on serving small business with their legal needs. Small business legal needs include litigating disputes. I have over forty (40) first chair jury trials.

5. It was necessary for Bow & Mary -Nails of America -#5, LLC and Bow Di Grove to retain an attorney to represent them in this matter.

6. Bow & Mary -Nails of America -#5, LLC and Bow Di Grove's retention of me on this case precluded me from accepting other employment.

7. Since January 12, 2011, this case required me to spend one hundred forty-five point nine (145.9) hours defending Plaintiff's cause of action including but not limited to (a) investigating claims, (b) drafting pleadings, questions, and responses, (c) engaging in additional discovery, (d) attending hearings, (e) trying this matter, and (f) taking other necessary actions to perform my legal services properly.  A list of services provided is attached to this affidavit.

8. Bow & Mary -Nails of America -#5, LLC and Bow Di Grove agreed to compensate me on an hourly rate of $150.00 per hour and all other litigation costs to be paid.

9. In my opinion, the reasonable value of attorney fees, costs, and expenses reasonably and necessarily incurred by Bow & Mary -Nails of America -#5, LLC and Bow Di Grove since January 12, 2011 to date is: $22,057.90, for representing Bow & Mary -Nails of America -#5, LLC and Bow Di Grove through entry of judgment.

10. The attorney services and fees charged in this case were necessary, were reasonable, and were incurred defending this suit.

Nathan N. Beedle

Sworn to before me on the 14th day of February, 2011, to certify which witness my hand and official seal.

DEVEN FAYE KIGHT
Notary Public, State of Texas
My Commission Expires
March 20, 2013

Notary Public in and for the State of Texas



NATHAN N. BEEDLE
21 WATERWAY AVENUE, SUITE 300
THE WOODLANDS, TEXAS 77380
281-948-6644 (CELL)
281-292-2223 (FAX)

February 10, 2011

**Attention:**   **The Honorable Lee Rosenthal**

**RE:**            **Tran Litigation Costs After January 11, 2011**

| DATES | Hrs | Description |
|---|---|---|
| 1/12/2011 NNB | .2 | Review settlement offer from Plaintiff of $49,000 and change, communicate same to client. |
| 1/13/2011 NNB | 8.0 | Draft, review, and revise proposed Pre-Trial Order, Jury Charge, Exhibit List, Memorandum of Law, multiple telephone conferences with Plaintiff attorney regarding all case filing due January 14, 2011. |
| 1/14/2011 NNB | 8.0 | Draft, review, and revise proposed Pre-Trial Order, Jury Charge, Exhibit List, Motion in Limine, Proposed Voir Dire Questions, Memorandum of Law, multiple telephone conferences with Plaintiff attorney regarding all case filing due January 14, 2011, telephone conference with client regarding prior attorney filing small claim and other case issues. |
| 1/17/2011 NNB | .2 | Review multiple emails from Plaintiff attorneys. |
| 1/19/2011 NNB | .4 | Review multiple faxes from Plaintiff attorneys regarding possible stipulations and other case issues. |

THE HONORABLE JUDGE LEE H. ROSENTHAL
February 14, 2011
Page 2

---

1/21/2011 NNB .4    Review multiple faxes from Plaintiff attorneys regarding possible stipulations and other case issues.

1/25/2011 NNB 2.0    Draft multiple letters to Plaintiff's attorney regarding outstanding case issues, review Plaintiff's email to the Court, begin organization of exhibits for trial, telephone conference with prior counsel regarding disclosures of Plaintiff.

1/26/2011 NNB 4.0    Review and organize 2007 tickets completed by Plaintiff; draft, review, and revise and file motion to exclude Plaintiff's witnesses never previously disclosed.

1/27/2011 NNB 8.0    Review all appropriate file material regarding status conference, telephone conference with client regarding new witnesses disclosed by Plaintiff and other case issues, review Plaintiff's proposed comments to jury charge, draft letters in response to Plaintiff's issues, continue to create database for 2007 completed tickets, attend status conference, telephone conference with client regarding conference.

1/28/2011 NNB 8.0    Finish database for 2007 completed tickets, prepare other exhibits for trial, telephone conference with client regarding case details, witness issues, and overall case strategy.

1/30/2011 NNB 3.0    Review all Plaintiff's discovery for trial exhibits and scan same.

1/31/2011 NNB 8.0    Prepare for trial, create database for 2008 Plaintiff's tickets, telephone calls to client, no answer, telephone conference with Nails of America 5 to set up appointment for meeting; telephone conference with Plaintiff attorney regarding outstanding case issues; organize exhibits.

2/1/2011 NNB 8.0    Trial Preparation.

2/2/2011 NNB 8.0    Trial Preparation.

2/3/2011 NNB 8.0    Trial Preparation.

2/5/2011 NNB 8.0    Trial Preparation.

2/6/2011 NNB 4.0    Trial Preparation.

2/7/2011 NNB 12.0    Trial.

2/8/2011 NNB 14.0    Trial.

THE HONORABLE JUDGE LEE H. ROSENTHAL
February 14, 2011
Page 3

---

2/9/2011  NNB  13.2  Trial.

2/10/2011  NNB  7.5  Trial, research Rule 68 circuit court decisions and FLSA cases.

2/13/2011  NNB  2.0  Draft Motion for Judgment on the Verdict.

2/14/2011  NNB  3.0  Draft, review and revise Motion for Judgment on the Verdict; draft supporting affidavit and services rendered since January 12, 2011.

Total:  145.9 hours at $150.00 per hour                    $21,885.00

**DISBURSEMENTS**

| | |
|---|---|
| Outsourced Trial Copying | $118.15 |
| Internal Trial copying 555 at $.05 | $27.75 |
| Trial Parking | $27.00 |
| Subtotal Disbursements: | $172.90 |
| **Total Fees & Disbursements since 1/12/2011** | **$22,057.90** |