IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NHAN TRAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-3650 |
| | § | |
| BOW & MARY - NAILS OF AMERICA #5 LLC and BOW DI GROVE, | § § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

On February 7, 2011, plaintiff, Nhan Tran, and defendants, Bow & Mary - Nails of America #5, LLC and Bow Di Grove, appeared and announced ready for trial. A jury panel was duly sworn and heard the evidence and arguments of counsel. On February 10, 2011, in response to jury instructions and questions submitted by the Court, the jury found that the plaintiff was not the defendants' employee under the Fair Labor Standards Act.

The plaintiff, Nhan Tran, takes nothing from the defendants, Bow & Mary - Nails of America #5, LLC and Bow Di Grove.

The plaintiff must pay reasonable costs of court. Each side will pay its own attorney fees.

SIGNED on February 23, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge